# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 12-1123

_____

Darius J. Whitson, I,

            Appellant,

        v.

Metropolitan St. Louis Sewer District;
Gusdorf Law Firm, LLC; Randall E.
Gusdorf, Attorney at Law,

            Appellees.

*
*
*
*
*  Appeal from the United States
*  District Court for the
*  Eastern District of Missouri.
*
*  [UNPUBLISHED]
*
*
*

_____

Submitted: June 7, 2012
Filed:  June 7, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Darius J. Whitson brought this pro se action seeking to assert claims under 42 U.S.C. §§ 1981 and 1983, and state law.  He now appeals from the district court's[1] 28 U.S.C. § 1915(e)(2) pre-service dismissal of his complaint, without prejudice.  Upon carefully reviewing the record and concluding that the dismissal was proper for the reasons stated by the district court, this court affirms.  *See* 8th Cir. R. 47B.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.